

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN, Plaintiff

CIVIL ACTION NO.
VS.                                                      303 CV 00962 (AVC)

P & D AUTO LLC and SOURCE
ONE FINANCIAL CORP., Defendants                          OCTOBER 24, 2003

### SOURCE ONE FINANCIAL CORPORATION'S PETITION FOR STAY OR DISMISSAL OF ACTION PENDING ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C.A. § 3, Defendant Source One Financial Corp. ("Source One") hereby petitions the Court to stay or dismiss the present action pending arbitration. As discussed in the accompanying Memorandum of Law, Plaintiff's claims against Source One arise out of a retail installment contract (The "Contract") executed by Plaintiff which contains a provision under which the parties agreed to resolve all disputes via arbitration.

Because the parties agreed to arbitrate all claims, because the arbitration provision covers the claims raised by Plaintiff, and because Congress did not intend for any of those claims to be nonarbitrable, the Court must stay or dismiss the present action until arbitration has been had in accordance with the terms of the Contract.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, Source One respectfully requests that its petition be granted.

Respectfully submitted,

**SOURCE ONE FINANCIAL CORPORATION**

BY: _____

**Arthur K. Engle (ct# 21762)**
**RUCCI, BURNHAM, CARTA & EDELBERG, LLP**
**30 Old Kings Highway South**
**Post Office Box 1107**
**Darien, Connecticut 06820**
**Tel: (203) 899-3334**
**Fax: (203) 655-4302**
**Email: aengle@rbce.com**

<u>CERTIFICATION</u>

I hereby certify that a copy of this petition was sent U.S mail, postage prepaid, this

24th day of October, 2003, to the following:

Michael W. Kennedy, Esq.
101 West Main Street
Branford, Connecticut 06405

P & D Auto LLC
138 Norwich Avenue
Norwich, Connecticut 06360

_____
Arthur K. Engle (ct# 21762)

3