UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN

    Plaintiff,

V.

P&D AUTO, LLC, ET AL

    Defendant.

CIVIL ACTION NO.
3:03CV962 (AVC)

NOVEMBER 12, 2003

FILED

2003 NOV 13  P 12: 20

US DISTRICT COURT
HARTFORD CT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT SOURCE ONE FINANCIAL CORP. PETITION FOR STAY

The plaintiff hereby requests an order of this Court granting an additional TWENTY days, up to and including December 2, 2003, within which to submit the objection.

In support hereof, the plaintiff requires this additional time in order to properly object to defendant's petition for stay. Plaintiff contacted defense counsel and he consents to this request. This is plaintiff's first request for a twenty day extension of time on this motion.

ORAL ARGUMENT NOT REQUESTED

THE PLAINTIFF

By _____
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of August, 2003 a copy of the foregoing was mailed via U.S. Mail postage prepaid to:

Arthur K. Engle, Esquire
P.O. Box 1107
Darien, CT 06820

P&D Auto LLC
138 Norwich Ave.
Norwich, CT 06360

_____
Michael W. Kennedy