UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN

    Plaintiff,

V.              CIVIL ACTION NO.
               3:03CV962(AVC)
P&D AUTO, LLC, ET AL

Defendant.         NOVEMBER 13, 2003

## REQUEST TO CLERK TO ENTER DEFAULT

Defendant P&D Auto, LLC, having failed to appear by an attorney or answer the Complaint, and the time for filing an appearance or to answer having expired, you are requested to enter a default against said defendant pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

The facts supporting this request are on the face of the record herein. This is plaintiff's second motion for default for failure to appear and plead.

               The Plaintiff

               By_____
               Michael W. Kennedy, Esq.
               101 W. Main Street
               Branford, CT 06405
               Fed. Juris No.: CT19664
               (203) 481-4040

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 13th day of November, 2003, postage prepaid to:

Arthur K. Engle, Esquire
P.O. Box 1107
Darien, CT 06820

P&D Auto LLC
138 Norwich Ave.
Norwich, CT 06360

P&D Auto LLC
C/O Peter Maneri, JR., CPA
Agent for Service
120 Broadway
Norwich, CT 06360

_____
Michael W. Kennedy