UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN

    Plaintiff,

V.

P&D AUTO, LLC, ET AL

    Defendant.

CIVIL ACTION NO.
3:03CV962 (AVC)

NOVEMBER 12, 2003

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT SOURCE ONE FINANCIAL CORP. PETITION FOR STAY

The plaintiff hereby requests an order of this Court granting an additional TWENTY days, up to and including December 2, 2003, within which to submit the objection.

In support hereof, the plaintiff requires this additional time in order to properly object to defendant's petition for stay. Plaintiff contacted defense counsel and he consents to this request. This is plaintiff's first request for a twenty day extension of time on this motion.

ORAL ARGUMENT NOT REQUESTED

3:03CV00962(AVC). November 14, 2003. The motion for an extension of time (document no. 21) is GRANTED. The plaintiff shall have to and including December 2, 2003, to file its opposition to the defendants' motion to stay.
SO ORDERED.