UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Susan Pullen

V.                                Case Number: 3:03CV962(AVC)

P&D Auto LLC, et al

Doc. # **22**

Default entered pursuant to Rule 55(a) FRCP as to the defendant P&D Auto, LLC only. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at Hartford, Connecticut December 3, 2003.

KEVIN F. ROWE, CLERK

By: _____/s/JW_____
    Jo-Ann Walker
    Deputy Clerk