UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN

    Plaintiff,

V.

P&D AUTO, LLC, ET AL

Defendant.

CIVIL ACTION NO.
3:03CV962 (AVC)

DECEMBER 23, 2003

## MOTION FOR HEARING ON DAMAGES

Plaintiff hereby moves the Court for an order submitting this action to the Court and requesting a date and time certain, against the defendant P&D Auto LLC, for the sole purpose of determining the amount of damages sustained by the plaintiff as a result of a Judgement of Default entered by the court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

The motion is made and based on the ground that the Motion For Default was entered by this Court on or about December 3, 2003, and the Motion For Judgement was submitted contemporaneously with this Motion and the sole issue to be determined is the amount of damages sustained by the plaintiff, costs and reasonable Attorney's fees.

**ORAL ARGUMENT IS REQUESTED**

                                              THE PLAINTIFF

                                              By _____
                                              Michael W. Kennedy, Esq.
                                              101 W. Main Street
                                              Branford, CT 06405
                                              Fed. Juris No.: CT19664
                                              (203) 481-4040

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 22nd day of December, 2003 postage prepaid to:

Arthur K. Engle, Esquire
P.O. Box 1107
Darien, CT 06820

P&D Auto LLC
138 Norwich Ave.
Norwich, CT 06360


_____
Michael W. Kennedy