UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN PULLEN

    Plaintiff,

V.

P&D AUTO, LLC, ET AL

Defendant.

CIVIL ACTION NO.
3:03CV962 (AVC)

DECEMBER 23, 2003

## MOTION FOR DEFAULT JUDGMENT

The plaintiff applies to the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter a default judgement in favor of the plaintiff and against the defendant P&D Auto, LLC. This application is made on the ground that this defendant has failed appear and to file an answer to the complaint in this action, that the time allowed for filing the answer has expired and that this defendant's default was duly entered on or about December 3, 2003. The defendant was served in-hand, via sheriff, on June 12, 2003. This application is based on the record.

**ORAL ARGUMENT NOT REQUESTED**

THE PLAINTIFF

By _____
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 22nd day of December, 2003 postage prepaid to:

Arthur K. Engle, Esquire
P.O. Box 1107
Darien, CT 06820

P&D Auto LLC
138 Norwich Ave.
Norwich, CT 06360

_____
Michael W. Kennedy