```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

                 Miscellaneous Calendar

         Honorable Alfred V. Covello, U. S. D. J.
                 450 Main Street, Hartford
                   Courtroom #1, Annex

                    February 9, 2004

                       2:30 p.m.
```

CASE NO. **3:03cv962 (AVC) Susan Pullen v. P&D Auto, LLC, et al**

**Hearing in Damages as to P & D Auto, LLC only**

```
Arthur K. Engle
Rucci, Burnham, Carta & Edelberg
30 Old Kings Highway South
P.O. Box 1107
Darien, CT 06820


Michael W. Kennedy
Kennedy & Kennedy LLC
101 W. Main St.
Branford, CT 06405


                              PER ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```