UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 28 P 12: 10
U.S. DISTRICT COURT
HARTFORD, CT.

SUSAN PULLEN

        Plaintiff,

v.                                            CASE NO.
                                                3:03CV962(AVC)

P&D AUTO, LLC, ET AL

        Defendants.                          JANUARY 26, 2004

## REQUEST TO THE COURT TO HEAR PLAINTIFF'S HEARING IN DAMAGES AS TO P&D AUTO, LLC ON THE PAPERS.

Plaintiff requests that the Court allow the undersigned to file via motion the required motions, affidavits and documentation as to her hearing in damages scheduled for February 9, 2004.

The facts supporting this request are that the defendant P&D Auto, LLC is no longer in business and will not be attending the hearing in damages. The co-defendant Source Once Financial Corporations, CFO Michael Parson, advised the undersigned that the defendant was no longer in business. In consideration of the Courts time and expense and also in consideration of the plaintiff who would be required to take a day off from work, plaintiff requests that she be heard on the papers.

THE PLAINTIFF

By /s/ Michael W. Kennedy
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 26th day of January 2004 to:

Arthur K. Engle
P.O. Box 1107
Darien, CT 06820

P&D Auto, LLC
138 Norwich Ave.
Norwich, CT 06360

/s/ Michael W. Kennedy
Michael W. Kennedy